# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**VINODH RAGHUBIR,**

    **Plaintiff,**

v.                                                               Case No. 1:20-cv-227-AW-GRJ

**WARDEN, CROSS CITY C.I., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 8, 2021 Report and Recommendation. ECF No. 15. I have also considered de novo the issues raised in Plaintiff's objections. ECF Nos. 16, 18. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 15) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order."

3. The clerk will close the file.

4. The clerk will docket the habeas petition (ECF No. 20) in a new case.

SO ORDERED on April 2, 2021.

                                                              s/ *Allen Winsor*
                                                              United States District Judge